```
1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054
5
   Attorneys for Defendants
6  SCENE 7, INC. LONG TERM DISABILITY PLAN and
   PRUDENTIAL INSURANCE COMPANY OF AMERICA
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN RUTHERFORD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCENE 7, INC. LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No. CV 07-6426 (JL)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

　　　The undersigned parties respectfully decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and request the reassignment of this case to a United States District Judge.

DATED: March 14, 2008

```
                              GORDON & REES LLP

                              By /s/ Ronald K. Alberts
                                 Ronald K. Alberts
                                 Tad A. Devlin
                                 Attorneys for Defendants
                                 SCENE 7, INC. LONG TERM
                                 DISABILITY PLAN and PRUDENTIAL
                                 INSURANCE COMPANY OF AMERICA
```