1
2                           UNITED STATES DISTRICT COURT
3                          NORTHERN DISTRICT OF CALIFORNIA

4  DAWN RUTHERFORD

5          Plaintiff(s),                          No. 07-06426 JL

6      v.                                         NOTICE OF IMPENDING
                                                  REASSIGNMENT TO A UNITED
7                                                 STATES DISTRICT COURT JUDGE

8  SCENE 7 INC.

9          Defendant(s).
   _____/
10

11     The Clerk of this Court will now randomly reassign this case to a United States District

12 Judge because either:

13 **XX**    (1)    One or more of the parties has requested reassignment to a United States

14 District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15         (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16 restraining order) that a United States Magistrate Judge may not take without the consent of

17 all parties, the necessary consents have not been secured, and time is of the essence.

18     The **CASE MANAGEMENT CONFERENCE** previously scheduled for March 26, 2008

19 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20

21 Dated:  March 17, 2008

22

23
                                            Richard W. Wieking, Clerk
24                                          United States District Court

25                                          _____
                                            By: Wings Hom, Deputy Clerk
26

27

28

reassig1.DCT                         1