| | |
|---|---|
| 1 | RICHARD JOHNSTON (SBN 124524) |
| 2 | 131-A Stony Circle, Suite 500<br>Santa Rosa, CA 95401 |
| 3 | Telephone: (707) 577-7422<br>Facsimile: (707) 837-9532 |
| 4 | |
| 5 | Attorney for Plaintiff DAWN RUTHERFORD |
| 6 | RONALD K. ALBERTS (SBN 100017)<br>TAD A. DEVLIN (SBN 190355) |
| 7 | GORDON & REES LLP<br>275 Battery Street, Suite 2000 |
| 8 | San Francisco, CA 94111<br>Telephone: (415) 986-5900 |
| 9 | Facsimile: (415) 986-8054 |
| 10 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAWN RUTHERFORD, | ) | Case No. CV 07-6426 (JL) |
| Plaintiff, | ) | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | ) | |
| SCENE 7, INC. LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | Civ. Local Rule 6-1(a) |
| Defendants. | ) | |

THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6.1(a), that defendants and each of them shall have an extension of time to and including April 24, 2008, to respond to plaintiff's complaint in this action.

This extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

1  IT IS SO STIPULATED.

2  DATED: March 27, 2008

4              By  /s/ Richard Johnston
                   Richard Johnston
5                  Attorney for Plaintiff
                   DAWN RUTHERFORD

7  DATED: March 27, 2008

               GORDON & REES LLP

9              By  /s/ Tad A. Devlin
                   Ronald K. Alberts
10                 Tad A. Devlin
                   Attorneys for Defendants

Stipulation Extending Time to Respond to Complaint

Case No. CV 07-06426 (JL)