**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 10, 2008</u>

Case No.  <u>C 07-06426 WHA</u>

Title:<u> DAWN RUTHERFORD </u> v. <u>SCENE 7, INC</u>

Plaintiff's Attorney: Richard Johnston

Defense Attorney: Tad Delvin

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter:<u> Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC- Held</u>

2)   <u>                                                                 </u>

Case continued to  <u>**7/10/08 at 8am**</u>   for Motion

Case continued to <u>   </u> for Jury Trial

**ORDERED AFTER HEARING:**

Defendant shall file a motion for summary judgment and the administrative record by 6/5/08.  The motion hearing shall be held on 7/10/08.