1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone: (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendants
6  SCENE 7, INC. LONG TERM DISABILITY PLAN and
   PRUDENTIAL INSURANCE COMPANY OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DAWN RUTHERFORD,                    )   Case No. CV 07-6426 (WHA)
                                        )
12                   Plaintiff,         )   **DECLARATION OF TAMIKA S.**
                                        )   **WILLIAMS IN SUPPORT OF**
13        v.                            )   **DEFENDANTS' MOTION FOR**
                                        )   **SUMMARY JUDGMENT**
14  SCENE 7, INC. LONG TERM DISABILITY  )
    PLAN, PRUDENTIAL INSURANCE          )
15  COMPANY OF AMERICA,                 )   Date:    July 10, 2008
                                        )   Time:    8:00 AM.
16                   Defendants.        )   Dept:    9
                                        )
17                                      )   [Filed and served concurrently with Notice of
                                        )   Motion and Motion for Summary Judgment;
18                                      )   Memorandum of Points and Authorities;
                                        )   Statement of Uncontroverted Facts and
19                                      )   Conclusions of Law; Proposed Order; and,
                                        )   Proposed Judgment]
20  _____)

21

22        I, Tamika S. Williams, hereby declare and state as follows.

23

24        1.    I am employed by the Prudential Insurance Company of America ("Prudential")

25  as a Litigation Disability Claims Specialist.  I have personal knowledge of the following facts,

26  and if called upon to testify, I could and would competently testify to their truth and accuracy.  I

27  submit this declaration in support of Prudential's Motion for Summary Judgment.

28

DECLARATION IN SUPPORT OF
MOTION FOR SUMMARY                          Case No. CV 07-6426 (WHA)
JUDGMENT

2.     Based upon my employment and experience with Prudential as a Litigation Disability Claims Specialist, I am familiar with Prudential's manner and guidelines with respect to preparing the "administrative record" for the review of a disability claim under a long term disability plan.

3.     The guidelines for preparing the administrative record dictate that all documents relating to the claim become part of the record and there are no documents relating to the claim which are not considered a part of the record. The manner in which the administrative record documents are compiled is as follows: paper medical records and other claims-related records are scanned into Prudential's Data Management System ("DMS") upon receipt. Prudential's SOAPs and other internal documents are created on that system. When Prudential is notified of litigation filed against it, all of the foregoing documents are downloaded from the system.

4.     When managing a claims file, we rely on DMS system to apply the contract terms to the claim handling. The DMS system has been programmed so the associate handling can access the correct contractual definition of disability. However, on occasions when the information in DMS in incomplete (there may be other areas of the contract involved in the dispute that are not loaded in DMS), when the associate learns there is a recent contract change not yet loaded into DMS, when the insured disputes the definition based on the insured's copy of the contract, or on rare occasions when the contract definitions are not loaded into the system paper copies of the contract are obtained from the Contracts division of the Group Life and Disability Division.

5.     The administrative record includes all documents, including computer generated entries, created or received from every source regarding the claim, including the following documents:

- Claim Forms: the claimant's disability claim form documents and supporting physician statement(s);
- Medical Records pertaining to plaintiff's claim, including but not limited to any and all physician notes, reports, progress notes, laboratory reports, reports

DECLARATION IN SUPPORT OF
MOTION FOR SUMMARY
JUDGMENT

Case No. CV 07-6426 (WHA)

of radiological testing or any other diagnostic test reports;

- Communications:

(1) Correspondence and other communications between the claimant and Prudential regarding the status of the claim, further follow up with internal and external claims reviewers, requests for authorization, decisions by Prudential regarding claimant's disability status throughout the disability period, Prudential's correspondence to plaintiff regarding its decision to terminate; plaintiff's first appeal and Prudential's reconsideration and decision; plaintiff's second appeal and documents in support thereof; Prudential's correspondence setting forth its decision on second appeal; Plaintiff's third appeal; and Prudential's correspondence setting forth the basis of its decision on the third appeal.

(2) Also included are other external communications pertaining to the claim, including correspondences between Prudential and  plaintiff's treating physicians (as well as any correspondences/communications between plaintiff and her physicians that were provided to Prudential as part of the claim), communications between Prudential and its independent file review physicians, Social Security Administration, the California Department of Insurance, plaintiff's attorney(s), the Disability Law Clinic and any other entity with whom any communication was made referring to any aspect of plaintiff's disability claim;

(3) Internal communications:  these include Prudential's internal "SOAP Notes" setting forth the status of the claim, reviews and summaries of all documents received/sent to claimant or any other individual (claimant's attorney, claimant's treating physician, file review physicians), telephonic communications (including those with claimant) as outlined in telephone logs, and any and all decisions regarding the claim from its inception through final appeal and denial;

DECLARATION IN SUPPORT OF
MOTION FOR SUMMARY
JUDGMENT

Case No. CV 07-6426 (WHA)

1    I declare under penalty of perjury pursuant to the laws of the state of New Jersey and the

2    United States of America that the foregoing is true and correct.

3

4    Executed this 5th day of June, 2008 at Roseland, New Jersey.

5

6                                                      _____/s/_____
                                                       Tamika S. Williams

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF
MOTION FOR SUMMARY                                    Case No. CV 07-6426 (WHA)
JUDGMENT

PRU/1048781/5716890v.1