1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAWN RUTHERFORD,                       ) Case No. CV 07-6426 (WHA)
                                            )
12 |                Plaintiff,               ) [PROPOSED] JUDGMENT GRANTING
                                            ) DEFENDANT THE PRUDENTIAL
13 |       v.                                ) INSURANCE COMPANY OF AMERICA
                                            ) AND SCENE 7 INC LONG TERM
14 | SCENE 7, INC. LONG TERM                 ) DISABILITY PLAN'S MOTION FOR
   | DISABILITY PLAN, PRUDENTIAL             ) SUMMARY JUDGMENT
15 | INSURANCE COMPANY OF AMERICA,)
                                            ) Date:  July 10, 2008
16 |              Defendants.                ) Time:  8:00 a.m.
                                            ) Ctrm:  9
17                                          )
                                            ) [Filed and served concurrently with Notice of
18                                          ) Motion and Motion for Summary Judgment;
                                            ) Memorandum of Points and Authorities;
19                                          ) Declaration of Tamika Williams; Declaration
                                            ) of Edith Ewing; Declaration of Ronald Alberts;
20                                          ) and [Proposed] Order,]
                                            )
21                                          )

22

23

24

25

26

27

28

1        This action came on for hearing before the Court, on July 10, 2008, the Honorable William Alsup, District Court Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS SO ORDERED AND ADJUDGED that the Plaintiff Dawn Rutherford take nothing, that the action be dismissed on the merits and that defendants The Prudential Insurance Company of America and Scene 7 Inc. Long Term Disability Plan be discharged of all liability and recover their costs.

Dated: June ___, 2008

                                        _____
                                        Judge William H. Alsup
                                        Judge of the United States District Court