UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN RUTHERFORD,<br><br>          Plaintiff,<br><br>v.<br><br>SCENE 7, INC. LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Defendants. | Case No. CV 07-6426 (WHA)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Defendants' Notice of Motion and Motion for Summary Judgment; Declaration of Ronald Alberts; Declaration of Tamika Williams; Declaration of Edith Ewing; and [Proposed] Judgment] |

      The Motion of Defendants The Prudential Insurance Company of America and Scene 7 Inc.'s for summary judgment came on regularly for hearing before this court on July 10, 2008 and Tad Devlin appeared as attorneys for Defendants Richard Johnston appeared as attorney for Plaintiff Dawn Rutherford.

      After considering the moving and opposing papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the Motion is Granted.

Dated: June ___, 2008

                                                                     _____<br>
                                                                      Judge William H. Alsup<br>
                                                                      Judge of the United States District Court