1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054
5
   Attorneys for Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  DAWN RUTHERFORD,                )   Case No. CV 07-6426 (WHA)
                                    )
12                      Plaintiff,  )   NOTICE OF MANUAL FILING OF
                                    )   ADMINISTRATIVE RECORD
13        v.                        )   (BATES LABEL NOS. PRUR00001 –
                                    )   PRUR01188)
14  SCENE 7, INC. LONG TERM DISABILITY )
    PLAN, PRUDENTIAL INSURANCE      )
15  COMPANY OF AMERICA,             )
                                    )
16                      Defendants. )
                                    )
17  _____

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly form the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Voluminous document (PDF file size larger than e-filing system allows).

DATED: June 5, 2008

> GORDON & REES LLP
>
> By: _____/s/_____
> Ronald K. Alberts
> Tad A. Devlin
> Attorneys for Defendants
> SCENE 7, INC. LONG TERM
> DISABILITY PLAN, PRUDENTIAL
> INSURANCE COMPANY OF AMERICA