IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN RUTHERFORD,<br><br>    Plaintiff,<br><br>v.<br><br>SCENE 7, INC. LONG TERM DISABILITY PLAN, et al.,<br><br>    Defendant.<br>_____/ | No. C 07-06426 WHA<br><br><br>**CLERK'S NOTICE**<br>**RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Defendants' Motion for Summary Judgment and Plaintiff's Motion for Discovery previously set for July 10, 2008 have been rescheduled for **July 17, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: July 2, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Dawn Toland
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup