**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 17, 2008

Case No.   C07-6426 WHA

Title: Dawn Rutherford  v. Scene 7, Inc.

Plaintiff Attorneys:    Richard Johnston

Defense Attorneys:    Tad Devlin

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)    Dft's Motion for Summary Judgment - Held.

2)    Plt's Motion for Discovery - Held.

**ORDERED AFTER HEARING:**

The Court takes the matter under submission.   Order to be issued by the Court.