Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Dawn Rutherford

Tad A. Devlin - SBN 190355
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
Scene 7, Inc. Long Term Disability Plan
and
Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dawn Rutherford, | ) Case No. C 07-6426 WHA |
| Plaintiff, | ) **STIPULATION AND JOINT REQUEST** |
| vs. | ) **FOR REFERRAL TO MEDIATION AND** |
| | ) **VACATING OF CASE MANAGEMENT** |
| | ) **CONFERENCE** |
| Scene 7, Inc. Long Term Disability Plan, | ) |
| Prudential Insurance Company of America, | ) **Case Management** |
| Defendants. | ) **Conference:** August 7, 2008 |
| | ) **Time:** 11:00 a.m. |
| | ) **Courtroom:** 9, 19th Floor |

Hon. William H. Alsup

WHEREAS, in its Case Management Order in Denial-of-Benefits Action Under ERISA
(April 10, 2008) (Doc. no. 10), the court scheduled a further case management conference for
August 7, 2008; and

WHEREAS, the court subsequently issued its Second Case Management Order (July
21, 2008) (Doc. no. 25) addressing various matters including discovery cutoff, pretrial

_____
STIPULATION RE CASE MANAGEMENT AND ADR

conference date and trial date; and

 WHEREAS, the only issue known to the parties which has not been addressed by previous case management orders is alternative dispute resolution; and

 WHEREAS, the parties wish to explore the possibilities of settlement through the auspices of a qualified mediator;

 NOW THEREFORE, THE PARTIES HEREBY STIPULATE and JOINTLY REQUEST OF THE COURT THAT:

1. The case management conference scheduled for August 7, 2008 be vacated;

2. The parties be excused from filing a joint case management conference statement with respect thereto; and

3. This matter be referred for court-sponsored mediation through the court's Alternative Dispute Resolution office, and that assignment to a mediator be expedited so that mediation may proceed in a timely manner and before the devotion of significant party and court resources to trial preparation becomes unavoidable.

Dated: July 29, 2008

_____
/s/
Richard Johnston
Attorney for Plaintiff
Dawn Rutherford


Gordon & Rees LLP

_____
/s/
By: Tad A. Devlin
Attorneys for Defendants
Scene 7, Inc. Long Term Disability Plan and
Prudential Insurance Company of America

STIPULATION RE CASE MANAGEMENT AND ADR 2