Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Dawn Rutherford


Ronald K. Alberts - SBN 100017
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
Scene 7, Inc. Long Term Disability Plan
and
Prudential Insurance Company of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dawn Rutherford,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Scene 7, Inc. Long Term Disability Plan,<br>Prudential Insurance Company of America,<br><br>　　　　Defendants.<br>_____ | Case No. C 07-6426 WHA<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>**Case Management**<br>**Conference:**　　August 7, 2008<br>**Time:**　　　　　　11:00 a.m.<br>**Courtroom:**　　　9, 19th Floor<br><br>Hon. William H. Alsup |

　　　　The parties hereto, pursuant to the court's Case Management Order in Denial-of-Benefits Action Under ERISA (April 10, 2008) (Doc. no. 10) submit this Supplemental Joint Case Management Conference Statement.

_____
SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT

1  In its Second Case Management Order (July 21, 2008) (Doc. no. 25), the court has already addressed matters such as discovery cutoff, pretrial conference date and trial date.

As the parties indicated in their Stipulation and Joint Request for Referral to Mediation and Vacating of Case Management Conference (July 29, 2008) (Doc. no. 26), the remaining loose end is alternative dispute resolution. In that connection, should it please the court, the parties wish to be referred for court-sponsored mediation through the auspices of the court's Alternative Dispute Resolution office. The parties also request that assignment to a mediator be expedited so that mediation may proceed in a timely manner and before the devotion of significant party and court resources to trial preparation becomes unavoidable.

Dated: July 31, 2008

```
                              /s/
                    Richard Johnston
                    Attorney for Plaintiff
                    Dawn Rutherford



                    Gordon & Rees LLP


                              /s/
                    By:    Ronald K. Alberts
                    Attorneys for Defendants
                    Scene 7, Inc. Long Term Disability Plan
                    and
                    Prudential Insurance Company of America
```

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT           2