IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN RUTHERFORD,

    Plaintiff,

  v.

SCENE 7 INC. LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendants.

No. C 07-06426 WHA

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND REFERENCE TO ADR UNIT FOR MEDIATION**

The case management conference currently set for August 7, 2008, at 11:00 a.m. is hereby **VACATED**. This matter is **REFERRED** to the ADR Unit for mediation.

**IT IS SO ORDERED.**

Dated: August 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE