# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Rutherford,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Scene 7, Inc. Long Term Disability Plan,<br><br>                    Defendant(s). | 07-06426 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

    **Robert S. Luft**
JAMS
160 W. Santa Clara St., Ste. 1150
San Jose, CA 95113
408-288-2240

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 8, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

---

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov