1  RICHARD JOHNSTON (SBN 124524)
   131-A Stony Circle, Suite 500
2  Santa Rosa, CA 95401
   Telephone: (707) 577-7422
3  Facsimile: (707) 837-9532

4
   Attorney for Plaintiff, DAWN RUTHERFORD
5
   RONALD K. ALBERTS (SBN 100017)
6  TAD A. DEVLIN (SBN 190355)
   GORDON & REES LLP
7  275 Battery Street, Suite 2000
   San Francisco, CA 94111
8  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
9

10 Attorneys for Defendants, PRUDENTIAL INSURANCE COMPANY OF AMERICA and
   SCENE 7, INC. LONG TERM DISABILITY PLAN
11

12                      UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 DAWN RUTHERFORD,                          )  Case No. CV 3:07-cv-06426
                         Plaintiff,          )  (WHA/WDB)
16        v.                                 )
                                             )  [PROPOSED] ORDER GRANTING
17 SCENE 7, INC. LONG TERM DISABILITY PLAN,  )  PRUDENTIAL'S TELEPHONIC
   PRUDENTIAL INSURANCE COMPANY OF           )  PARTICIPATION AT MEDIATION
18 AMERICA,                                  )  (ADR LOCAL RULE 6-9(d))
                         Defendants.         )
19                                           )
                                             )
20  _____      )

21        The Court having considered Prudential's request for telephonic appearance at mediation,

22 that plaintiff and mediator agree to allow Prudential's telephonic appearance, and good cause

23 appearing, grants Prudential's request for telephonic appearance at mediation in this action on

24 October 15, 2008.

25        **IT IS SO ORDERED.**

26 DATED: _____10- 3 -_____, 2008

27                                          _____
                                            Magistrate Judge of the United States District Court
28                                          Northern District of California

[PROPOSED] ORDER GRANTING PERMISSION
FOR TELEPHONIC PARTICIPATION AT MEDIATION                    Case No. CV 3:07-cv-06426