IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN RUTHERFORD,

    Plaintiff,

v.

SCENE 7 INC., LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendants.

No. C 07-06426 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court is in receipt of defendants' notice of settlement. Please be reminded that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE